George E. Peterson, Esq., Bar No.: 054310
gpeterson@pbbllp.com
Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
Diana Ratcliff, Esq., Bar No.: 228302
dratcliff@pbbllp.com
PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants
COUNTY OF LOS ANGELES, PRISCILLA ASHBURN, PAULINE DAVIS,
GARY KIRKLAND, CATHERINE WOILLARD, SANDRA WILLIAMS

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE ALBERICI, NICHOLAS GROSS, JOHN A. a Minor, and GREGORY A., a Minor, By and Through Their Guardian Ad Litem, VERONICA T. HERBERT<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, COUNTY OF ORANGE, LAURA MCLUCKEY, VERONICA ZUNIGA, SANDRA PARRISH-REHOREG, LAURIE LUCHONOK, GALE WESTBROOK, ELVIA VILLA, BRIAN SATTERFIELD, PAULINE DAVIS, SANDRA WILLIAMS, GARY KIRKLAND, CATHERINE WOILLARD, PRISCILLA ASHBURN, AND DOES 1-9<br><br>Defendants. | Case No.: CV12-10511 JFW (VBKx)<br>Assigned to the Honorable:  John F. Walter -  Courtroom: 16<br><br>ORDER RE: STIPULATION OF DISMISSAL<br><br><br><br><br>Complaint Filed:  May 21, 2012<br>First Amended Complaint: July 6, 2012<br>Second Amended Complaint: September 24, 2012<br>Third Amended Complaint: November 8, 2012<br>Fourth Amended Complaint: February 15, 2013 |

Based upon the Stipulation of the parties, the Court hereby orders that

Plaintiffs GABRIELLE ALBERICI's and NICHOLAS GROSS' case be dismissed

with prejudice as to Defendants, COUNTY OF LOS ANGELES, PRISCILLA

1

ASHBURN, PAULINE DAVIS, GARY KIRKLAND, CATHERINE WOILLARD, SANDRA WILLIAMS, pursuant to Rule 41(a)(2) of the <u>Federal Rules of Civil Procedure</u>.

DATED:   October 10, 2013

_____
Hon. John F.  Walter

**ORDER RE:**
**STIPULATION OF DISMISSAL**
**CV12-10511 JFW (VBKx)**