WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN – State Bar No. 82950
dspradlin@wss-law.com
ROBERTA A. KRAUS - State Bar No. 117658
bkraus@wss-law.com
JEANNE L. TOLLISON – State Bar No. 238970
jtollison@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone:  (714) 558-7000
Facsimile:  (714) 835-7787

JS-6

Attorneys for Defendants COUNTY OF ORANGE, a public entity, and LAURA MCLUCKEY, VERONICA ZUNIGA, SANDRA PARRISH-REHOREG, LAURI LUCHONOK, GALE WESTBROOK, ELVIA VILLA, BRIAN SATTERFIELD, as employees of COUNTY OF ORANGE, a public entity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE ALBERICI, NICHOLAS GROSS, JOHN A., a Minor, and GREGORY A., a Minor, by and through their Guardian Ad Litem, VERONICA T. HEBERT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE, LAURA MCLUCKEY, VERONICA ZUNIGA, SANDRA PARRISH-REHOREG, LAURIE LUCHONOK, GALE WESTBROOK, ELVIA VILLA, BRIAN SATTERFIELD,<br><br>Defendants. | CASE NO: CV12-10511 JFW (VBK)<br><br>**JUDGMENT** |

This Court, having dismissed Plaintiffs' federal claims brought against Defendant COUNTY OF ORANGE by minute order dated April 15, 2013, and having granted summary judgment on Plaintiffs' federal claims in favor of Defendants LAURA MCLUCKEY, VERONICA ZUNIGA, SANDRA PARRISH-REHOREG, LAURI LUCHONOK, GALE WESTBROOK, ELVIA VILLA, BRIAN SATTERFIELD, as employees of COUNTY OF ORANGE, a public entity, by minute

1056032.1

order dated October 9, 2013, and now finding that there is no just reason for delay orders entry of judgment in favor of Defendants as follows:

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that this Judgment be entered in favor of Defendants County of Orange, a public entity, and Laura McLuckey, Veronica Zuniga, Sandra Parrish-Rehoreg, Lauri Luchonok, Gale Westbrook, Elvia Villa, and Brian Satterfield, as employees of County of Orange, a public entity and against Plaintiffs Gabrielle Alberici, Nicholas Gross, John A., a Minor, and Gregory A., a Minor, by and through their Guardian Ad Litem, Veronica T. Hebert; that Plaintiffs take nothing;  and that Defendants County of Orange, a public entity, and Laura McLuckey, Veronica Zuniga, Sandra Parrish-Rehoreg, Lauri Luchonok, Gale Westbrook, Elvia Villa, and Brian Satterfield, as employees of County of Orange, a public entity, recover their taxable costs pursuant to 28 U.S.C. §1920.

**SO ORDERED:**

Dated: January 6, 2015

_____
HONORABLE JOHN F. WALTER
United States District Judge

1056032.1